IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| LEXOS MEDIA IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOS. A. BANK CLOTHIERS, INC.,<br><br>Defendant. | Civil Action No. 1:17-cv-1317-LPS-CJB<br><br>**JURY TRIAL DEMANDED** |

**FIRST AMENDED COMPLAINT**

For its Complaint, Plaintiff Lexos Media IP, LLC ("Lexos Media"), by and through the undersigned counsel, alleges as follows:

**THE PARTIES**

1. Lexos Media is a Delaware limited liability company with a place of business located at 555 Republic Drive, 2nd Floor, Plano, Texas 75074.

2. Defendant Jos. A. Bank Clothiers, Inc. is a Delaware company with, upon information and belief, a place of business located at 1235 Churchmans Road, Wilmington, Delaware 19713.

3. On June 27, 2017, Lexos Media's licensing agent sent via priority mail a letter to Defendant's General Counsel informing Defendant of the patents-in-suit, and Defendant did not respond to Lexos Media's licensing agent.

**JURISDICTION AND VENUE**

4. This action arises under the Patent Act, 35 U.S.C. § 1 *et seq.*

5. Subject matter jurisdiction is proper in this Court under 28 U.S.C. §§ 1331 and 1338.

6. Upon information and belief, Defendant conducts substantial business in this

forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in this district.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1400(b).

**THE PATENTS-IN-SUIT**

8. On November 30, 1999, U.S. Patent No. 5,995,102 (the "'102 patent"), entitled "Server System and Method for Modifying a Cursor Image," was duly and lawfully issued by the U.S. Patent and Trademark Office. A true and correct copy of the '102 patent is attached hereto as Exhibit A.

9. On September 12, 2000, U.S. Patent No. 6,118,449 (the "'449 patent"), entitled "Server System and Method for Modifying a Cursor Image," was duly and lawfully issued by the U.S. Patent and Trademark Office. A true and correct copy of the '449 patent is attached hereto as Exhibit B.

10. Lexos Media is the assignee and owner of the right, title and interest in and to the '102 and '449 patents, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

11. Lexos Media, Inc. marked its website that used the technology claimed in the '102 and '449 patents. An exemplary screen shot of Lexos Media, Inc.'s marking of its website is below:




https://web.archive.org/web/20160111052956/http://lexosmedia.com/.

12. The patents-in-suit state:

> A further feature of the invention is to support the display of a "satellite" image which tracks the cursor's position on the screen. For example, the cursor image could be replaced with that of a mouse, and the image of a cat could be displayed near that mouse. When the cursor is moved, the satellite image moves accordingly at a specific offset, as illustrated at lines 221-223 of FIG. 4.

Ex. A at col. 16, ll. 15-21; Ex. B. at col. 16, ll. 19-25.

13. The patents-in-suit state:

> The argument list includes parameters which provide information such as the type of cursor image (line 206), where the image can be retrieved from if not already resident on the user computer (line 207), where usage statistics are to be transmitted to (line 208), how long a changed image should remain before reverting, if at all, to the initial image (line 209), whether the cursor image is cached in the user terminal (line 210), whether the transmitting server is authorized to send cursor display instructions (line 211), the dormant delay duration (line 212), the URL of a file which specifies cursor trajectory path (line 213), the URL of a file which specifies how the cursor's shape should change based on its location on the screen (line 214), the URL of a file which specifies how the cursor's shape should change based on its velocity (line 215), the URL of a file which specifies how the cursor's

> shape should change based on modifications to the mouse button or keyboard state (line 217), specification of the type of modification intended (line 218), specification of the priority of intended modification (line 219), specification that the modifications will occur as a result of the transfer of a series of data files (line 220), the URL of a file which specifies the display of a satellite image that tracks the movement of the cursor image (line 221-223), and location of additional display instructions (line 224). It is noted that the invention is not limited in scope in this respect and other features may be included in the Cursor Display Instructions data.

Ex. A at col. 9, ll. 39-65; Ex. B at col. 9, l. 43 – col. 10, l. 2.

14. The patents-in-suit state:

> Additional examples intended to illustrate some applications of the present invention are explained below, although the invention is not limited in scope to any one of these examples.
>
> Thus, in accordance with one embodiment of the invention, a modified cursor might take the appearance of a "Fizzy Cola" bottle when a "Fizzy Cola" banner advertisement appears among the display data of a popular search engine's site. Similarly, the cursor can be modified for advertising purposes to represent Fizzy Cola's logo, its corporate mascot, images of its products or services, slogans, icons, brand images, advertising messages (the word "Thirsty?", for example), abstract suggestions (such as a straw or glass), etc.
>
> Alternatively, Fizzy Cola, on its own site, or homepage, might have a picture of a bottle of Fizzy in the middle of the page (in the display data). A dynamic cursor image could then be used to show a person holding a straw in such a way that the straw always points from the user toward the top of the Fizzy bottle, no matter where the cursor moves on the screen. The straw, in this case, might be "attached" to the cursor image (part of the same image) or could be separate, "satellite" image, a "sprite," whose movement on the screen (in this case) is related to the movement of the cursor. Sprites, which can appear and disappear as desired, can enhance the invention by enabling the use of graphical elements which are associated with the cursor but which reside outside the limited cursor "space" (which in some systems may be, at maximum, 32 by 32 pixels). For the purposes of the invention, however, there should be no limitation to the size of the cursor.

Ex. A at col. 17, ll.1-31; Ex. B at col. 17, ll. 7-37.

15. The patents-in-suit further state:

> Additional examples involve cursors with text or numbers. For example, the cursor might contain the text "Right-Click Now!" prompting users to click the right button of their mouse (where right-clicking on the mouse could, for example, trigger the delivery of a new page of display data). It may also be desirable in certain cases to put alphanumeric data in the cursor "space" to convey information to users, such as stock prices, baseball game scores, the temperature in Florida, etc. The data can be static, semi-static (i.e. updated periodically), or dynamic (updated

> frequently--possibly incorporating available streaming-data and data-compression technologies).

Ex. A at col. 17, ll. 49-60; Ex. B at col. 17, ll. 55-66.

**COUNT I – INFRINGEMENT OF U.S. PATENT NO. 5,995,102**

16. Lexos Media repeats and realleges the allegations of paragraphs 1 through 15 as if fully set forth herein.

17. Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant is liable for infringement of at least claims 71, 72, and 73 the '102 patent through the making, using, importing, offering for sale, and/or selling systems and methods for modifying an initial cursor image displayed on a display of a user terminal connected to at least one server.

18. More specifically and upon information and belief, Defendant performs a method for modifying an initial cursor image through a server system that includes at least one server connected to a user terminal with a display. *See* http://www.josbank.com/reserve-collection-tailored-fit-plaid-suit-345R ("Exemplary Page"). The "cursor image" is a user's cursor on the webpage. In the alternative, the "cursor image" is the box that reveals the true color of a zoom-able image. The red boxes, arrows and text have been inserted below for emphasis. The cursor is modified by Defendant through its website server and associated code.






Exemplary Page. A Defendant server receives requests for specified content information associated with the Defendant product pages through the user accessing the URL associated with the page. The user may access the page directly (e.g., by entering the URL into his or her web browser) or as a result of clicking links on other pages of the Defendant website, as shown.




http://www.josbank.com/all-suits-and-separates. A Defendant web server transmits specified content associated with the Defendant product pages in response to requests for said information. The "specified content information" includes at least one cursor display instruction and at least one indication of cursor image data corresponding to a specific image.

```
<div style="position: absolute; width: 68px; height:
111.75px; left: 11px; top: -19.3132px; display: block;"
class="s7flyoutFrame"></div>
<div class="s7flyoutCursorDesktop" style="position:
absolute; display: none;"></div>
```

```
<meta itemprop="image" content="http://scene7.josbank.com/is/image/JosBank/
345R_70_JOS_A_BANK_RESERVE_BLUE_PLAID_MAIN">
```

HTML of http://www.josbank.com/reserve-collection-tailored-fit-plaid-suit-345R. In the alternative, where the "cursor image" is the box that reveals the true color of a zoom-able image, the cursor display instruction and cursor image data are instructions and underlying image data for showing different true color portions of the product. The "specified content information" includes at least one indication of cursor image data corresponding to a specific image. The "specific image" is the image that the cursor turns into when certain conditions are met. The cursor image data includes graphical data, such as JPEG, GIF, PNG, BMP, ICO, or CUR data, for example, associated with the specific image. An example of cursor image data is the graphical data that makes up the modified cursor image.




Exemplary Page. Additionally, the cursor image data includes data regarding the shape and appearance of the specific image. For example, the cursor image data may include HTML "style" data such as the "position," "height," "width," "display," "top," and "left" attributes.

```
<div style="position: absolute; width: 68px; height:
111.75px; left: 11px; top: -19.3132px; display: block;"
class="s7flyoutFrame"></div>
<div class="s7flyoutCursorDesktop" style="position:
absolute; display: none;"></div>
```

```
<meta itemprop="image" content="http://scene7.josbank.com/is/image/JosBank/
345R_70_JOS_A_BANK_RESERVE_BLUE_PLAID_MAIN">
```

HTML of http://www.josbank.com/reserve-collection-tailored-fit-plaid-suit-345R. In the alternative, where the "cursor image" is the box that reveals the true color of a zoom-able image, the cursor image data is the underlying image data for showing different true color portions of the product. As shown below, a transformed cursor image in the shape and appearance of the specific image is displayed in response to said cursor display instruction, i.e., the cursor image is transformed to display a box that reveals the true color of a zoom-able image and an exploded view of the content inside the box to be displayed to the side, wherein the movement of the box and the exploded view correspond to the movement of a user's input device. In the alternative, where the "cursor image" is the box that reveals the true color of a zoom-able image, the cursor image is transformed to display a different true color portion of the product when it is moved to a different location on the product image.







Exemplary Page. The specified content information includes information to be displayed on a user's terminal, such as the information shown below:




Exemplary Page. The specific image includes content corresponding to the product displayed. For example, the specific image corresponds to the product, the alternate thumbnail images for display and the textual description of the product shown.



Exemplary Page. In the alternative, where the "cursor image" is the box that reveals the true color of a zoom-able image, the specific image corresponds to the product, the alternate thumbnail images for display, and the textual description of the product shown. As shown below, the cursor image is modified to display a box that reveals the true color of a zoom-able image and an exploded view of the product in response to moving the cursor image over various locations of the zoom-able image on the product page, which is evidence of cursor display code operable to process the cursor display instruction to modify the cursor image to a cursor image in the shape and appearance of the specific image.







Exemplary Page. In the alternative, where the "cursor image" is the box that reveals the true color of a zoom-able image, the cursor image is modified to display a different true color portion of the product in response to moving the cursor image over various locations of the zoom-able image on the product page, which is evidence of cursor display code operable to process the cursor display instruction to modify the cursor image to a cursor image in the shape and appearance of the specific image.

19. Lexos Media is entitled to recover from Defendant the damages sustained by Lexos Media as a result of Defendant's infringement of the '102 patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as

fixed by this Court under 35 U.S.C. § 284.

**COUNT II – INFRINGEMENT OF U.S. PATENT NO. 6,118,449**

20. Lexos Media repeats and realleges the allegations of paragraphs 1 through 19 as if fully set forth herein.

21. Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant is liable for infringement of at least claims 1 and 53 of the '449 patent through the making, using, importing, offering for sale, and/or selling systems and methods for modifying an initial cursor image displayed on a display of a user terminal connected to at least one server.

22. More specifically and upon information and belief, Defendant performs a method for modifying an initial cursor image through a server system that includes at least one server connected to a user terminal with a display.



Exemplary Page. The initial cursor image is a user's cursor on the webpage. In the alternative, the "cursor image" is the box that reveals the true color of a zoom-able image. The red boxes, arrows and text have been inserted below for emphasis. The cursor is modified by Defendant through its website server and associated code.







Exemplary Page. A Defendant server receives requests for specified content information associated with the Defendant product pages through the user accessing the URL associated with the page. The user may access the page directly (e.g., by entering the URL into his or her web browser) or as a result of clicking links on other pages of the Defendant website, as shown.



http://www.josbank.com/all-suits-and-separates. A Defendant web server transmits specified content associated with the Defendant product pages in response to requests for said information. The "specified content information" includes at least one cursor display instruction and at least one indication of cursor image data corresponding to a specific image.

```
<div style="position: absolute; width: 68px; height:
111.75px; left: 11px; top: -19.3132px; display: block;"
class="s7flyoutFrame"></div>
<div class="s7flyoutCursorDesktop" style="position:
absolute; display: none;"></div>
```

```
<meta itemprop="image" content="http://scene7.josbank.com/is/image/JosBank/
345R_70_JOS_A_BANK_RESERVE_BLUE_PLAID_MAIN">
```

HTML of http://www.josbank.com/reserve-collection-tailored-fit-plaid-suit-345R. The "specified content information" includes at least one indication of cursor image data corresponding to a specific image. In the alternative, where the "cursor image" is the box that reveals the true color of a zoom-able image, the cursor display instruction and cursor image data are instructions and underlying image data for showing different true color portions of the product. The "specific image" is the image that the cursor turns into when certain conditions are met. The cursor image data includes graphical data, such as JPEG, GIF, PNG, BMP, ICO, or CUR data, for example, associated with the specific image. An example of cursor image data is the graphical data that makes up the modified cursor image.




Exemplary Page. Additionally, the cursor image data includes data regarding the shape and appearance of the specific image. For example, the cursor image data may include HTML "style" data such as the "position," "height," "width," "display," "top," and "left" attributes.

```
<div style="position: absolute; width: 68px; height:
111.75px; left: 11px; top: -19.3132px; display: block;"
class="s7flyoutFrame"></div>
<div class="s7flyoutCursorDesktop" style="position:
absolute; display: none;"></div>
```

```
<meta itemprop="image" content="http://scene7.josbank.com/is/image/JosBank/
345R_70_JOS_A_BANK_RESERVE_BLUE_PLAID_MAIN">
```

HTML of http://www.josbank.com/reserve-collection-tailored-fit-plaid-suit-345R. In the alternative, where the "cursor image" is the box that reveals the true color of a zoom-able image, the cursor image data is the underlying image data for showing different true color portions of the product. As shown below, a transformed cursor image in the shape and appearance of the specific image is displayed in response to said cursor display instruction (i.e., the cursor image is transformed to display a box that reveals the true color of a zoom-able image and an exploded

view of the content inside the box to be displayed to the side wherein the movement of the box and the exploded view correspond to the movement of a user's input device). In the alternative, where the "cursor image" is the box that reveals the true color of a zoom-able image, the cursor image is transformed to display a different true color portion of the product when it is moved to a different location on the product image.







Exemplary Page. The specified content information includes information to be displayed on a user's terminal, such as the information shown below:



Exemplary Page. The specific image includes content corresponding to the product displayed. For example, the specific image corresponds to the product, the alternate thumbnail images for display and the textual description of the product shown.




Exemplary Page. In the alternative, where the "cursor image" is the box that reveals the true color of a zoom-able image, the specific image corresponds to the product, the alternate thumbnail images for display, and the textual description of the product shown. As shown below, the cursor image is modified to display a box that reveals the true color of a zoom-able image and an exploded view of the product in response to moving the cursor image over various locations of the zoom-able image on the product page, which is evidence of cursor display code operable to process the cursor display instruction to modify the cursor image to a cursor image in the shape and appearance of the specific image having a shape and appearance relating (e.g., zoomed-in view of product) to said information to be displayed.







Exemplary Page. In the alternative, where the "cursor image" is the box that reveals the true color of a zoom-able image, the cursor image is modified to display a different true color portion of the product in response to moving the cursor image over various locations of the zoom-able image on the product page, which is evidence of cursor display code operable to process the cursor display instruction to modify the cursor image to a cursor image in the shape and appearance of the specific image having a shape and appearance relating (e.g., true color view of product) to said information to be displayed.

23. Lexos Media is entitled to recover from Defendant the damages sustained by Lexos Media as a result of Defendant's infringement of the '449 patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## JURY DEMAND

Lexos Media hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Lexos Media requests that this Court enter judgment against Defendant as follows:

A. An adjudication that Defendant has infringed the '102 and '449 patents;

B. An award of damages to be paid by Defendant adequate to Lexos Media for Defendant's past infringement of the '102 and '449 patents, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C. A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Lexos Media's reasonable attorneys' fees;

D. An award to Lexos Media of such further relief at law or in equity as the Court deems just and proper.

Dated: November 27, 2017

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Lexos Media IP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080